# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.D., a minor, by and through her parent** | : | No. 3:14cv1576 |
| **and natural guardian, Desiree Mora-Dillon,** | : | |
| **and DESIREE MORA-DILLON,** | : | (Judge Munley) |
| **in her own right,** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SKI SHAWNEE, INC.,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 23rd day of June 2015, defendant's motion for summary judgment (Doc. 20) is **DENIED**.

                                                      **s/ James M. Munley**
                                                      **JUDGE JAMES M. MUNLEY**
                                                      **United States District Court**